51 A.3d 179

COMMONWEALTH of Pennsylvania, Respondent

v.

Lawrence LYNCH, Petitioner.

No. 69 EM 2012.

Supreme Court of Pennsylvania.

Aug. 8, 2012.

## ORDER

PER CURIAM.

AND NOW, this 8th day of August, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro*

*Tunc* is **GRANTED.**  Counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.